UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 10-305-JBC

YVONNE DAY, ET AL.,                                                              PLAINTIFFS,

V.                                          O R D E R

FORTUNE HI-TECH MARKETING, ET AL.,                                    DEFENDANTS.

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on Joseph Isaacs' motion to withdraw his motion to intervene. R. 37. Accordingly,

**IT IS ORDERED** that the motion to withdraw (R. 37) is **GRANTED**. The motion to intervene (R. 5) is **DENIED WITH PREJUDICE**, with the parties to bear their own respective costs.

Signed on   June 14, 2011

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY